IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAMERON EVANS and NOAH EVANS**                                    **PLAINTIFFS**

v.                              Case No. 4:19-cv-00525-KGB

**CABOT SCHOOL DISTRICT**, *et al.*                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 126). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal and dismisses with prejudice the action.

It is so ordered this 23rd day of December, 2024.

                                        *[signature]*
                                        Kristine G. Baker
                                        Chief United States District Judge